Parisien v Ameriprise Ins. (2020 NY Slip Op 50990(U))

[*1]

Parisien v Ameriprise Ins.

2020 NY Slip Op 50990(U) [68 Misc 3d 131(A)]

Decided on August 28, 2020

Appellate Term, Second Department

Published by New York State Law Reporting Bureau
pursuant to Judiciary Law § 431.

This opinion is uncorrected and will not be
published in the printed Official Reports.

Decided on August 28, 2020
SUPREME COURT, APPELLATE TERM, SECOND
DEPARTMENT, 2d, 11th and 13th JUDICIAL DISTRICTS
PRESENT: : THOMAS P. ALIOTTA, P.J., DAVID ELLIOT, WAVNY TOUSSAINT, JJ

2018-1289 K

Jules Francois Parisien, M.D., as Assignee
of Bamfo, Richard, Respondent,
against
Ameriprise Insurance, Appellant. 

Bruno, Gerbino. Soriano & Aitken, LLP (Nathan M. Shapiro of counsel), for appellant.
The Rybak Firm, PLLC (Damin J. Toell of counsel), for respondent.

Appeal from an order of the Civil Court of the City of New York, Kings County (Cenceria P.
Edwards, J.), entered April 20, 2018, deemed from a judgment of that court entered May 24,
2018 (see CPLR 5512 [a]). The judgment, entered pursuant to the April 20, 2018 order denying
defendant's motion for summary judgment dismissing the complaint and granting plaintiff's cross
motion for summary judgment, awarded plaintiff the principal sum of $248.69.

ORDERED that the judgment is reversed, with $30 costs, the order entered April 20, 2018 is
vacated, defendant's motion for summary judgment dismissing the complaint is granted, and
plaintiff's cross motion for summary judgment is denied.
In this action by a provider to recover assigned first-party no-fault benefits, defendant moved
for summary judgment dismissing the complaint on the ground that plaintiff had failed to appear
for duly scheduled examinations under oath (EUOs). Plaintiff cross-moved for summary
judgment. Defendant appeals from an order entered April 20, 2018 which denied defendant's
motion and granted plaintiff's cross motion. We deem the notice of appeal from the order entered
April 20, 2018 to be from a judgment which was subsequently entered on May 24, 2018 in favor
of plaintiff in the principal sum of $248.69 (see CPLR 5512 [a]).
In its motion, defendant established that the EUO scheduling letters had been mailed in
accordance with defendant's standard office practices and procedures (see St. Vincent's Hosp. of Richmond v
Government Empls. Ins. Co., 50 AD3d 1123 [2008]); that plaintiff had failed to appear
for the EUO scheduled for June 8, 2016 and the EUO scheduled for July 29, 2016 which had
been moved to Brooklyn at plaintiff's request (see Stephen Fogel Psychological, P.C. v Progressive Cas. Ins. Co., 35
AD3d 720 [2006]); and that plaintiff's claim for services rendered on October 6, 2016 had
been timely denied on that ground (see St. Vincent's Hosp. of Richmond, 50 AD3d 1123;
Arco Med. NY, P.C. v Metropolitan
Cas. Ins. Co., 41 Misc 3d 140[A], 2013 NY Slip Op 52001[U] [App Term, 2d Dept, 2d,
11th & 13th Jud Dists 2013]; ARCO Med. NY, P.C. v Lancer Ins. Co., 34 Misc 3d 134[A], 2011
NY Slip Op 52382[U] [App Term, 2d Dept, 2d, 11th [*2]&
13th Jud Dists 2011]). As a result, defendant established its prima facie entitlement to summary
judgment dismissing the complaint (see
Interboro Ins. Co. v Clennon, 113 AD3d 596, 597 [2014]). Plaintiff failed to raise a
triable issue of fact in opposition to defendant's prima facie showing.
Accordingly, the judgment is reversed, the order entered April 20, 2018 is vacated,
defendant's motion for summary judgment dismissing the complaint is granted, and plaintiff's
cross motion for summary judgment is denied.
ALIOTTA, P.J., ELLIOT and TOUSSAINT, JJ., concur.
ENTER:
Paul Kenny
Chief Clerk
Decision Date: August 28, 2020